Amended sentence unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE A. SWIATOWY, Appellant. (Appeal No. 1.) [719 NYS2d 912] —Judgment unanimously affirmed. Same opinion by PIGOTT, JR., P. J., as in *People v Swiatowy* (280 AD2d 71 [decided herewith]). Present—PIGOTT, JR., P. J., HURLBUTT, KEHOE and LAWTON, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE A. SWIATOWY, Appellant. (Appeal No. 3.) [719 NYS2d 912] —Order unanimously affirmed. Same opinion by PIGOTT, JR., P. J., as in *People v Swiatowy* (280 AD2d 71 [decided herewith]). Present—PIGOTT, JR., P. J., HURLBUTT, KEHOE and LAWTON, JJ.